Law Offices of Bill LaTour
Bill LaTour [State Bar No.: 169758]
   11332 Mountain View Ave., Suite C
   Loma Linda, California 92354
   Telephone: (909) 796-4560
   Facsimile:  (909) 796-3402
   E-Mail: Bill.latour@verizon.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| ANTHONY CULWELL, ) | No.  EDCV 07-795 SH |
| ) | |
| Plaintiff, ) | ORDER AWARDING EAJA FEES |
| v. ) | |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| COMMISSIONER OF SOCIAL ) | |
| SECURITY, ) | |
| ) | |
| Defendant. ) | |

   Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

   IT IS ORDERED that Plaintiff's counsel, as Plaintiff's assignee, shall be awarded attorney fees under the Equal Access to Justice Act ("EAJA") in the amount THREE THOUSAND THREE HUNDRED DOLLARS and 00/cents ($3,300.00), as authorized by 28 U.S.C. §2412(d), subject to the terms of the above-referenced Stipulation.

   DATED: September 16, 2008_____/ S /_____

                                    HON. STEPHEN J. HILLMAN
                                    UNITED STATES MAGISTRATE JUDGE